| | |
|---|---|
| ANGELINA WELLS, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner )<br>of Social Security, )<br>        Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:15-CV-105-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 22] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 16] is DENIED, defendant's motion for judgment on the pleadings [D.E. 18] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on June 29, 2016, and Copies To:**

| | |
|---|---|
| Jonathan Howell Winstead | (via CM/ECF Notice of Electronic Filing) |
| Cassia W. Parson | (via CM/ECF Notice of Electronic Filing) |

| | |
|---|---|
| DATE:<br>June 29, 2016 | JULIE RICHARDS JOHNSTON, CLERK<br>(By) /s/ Nicole Briggeman<br>        Deputy Clerk |